# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF NEVADA, et al.,

    Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF
LABOR, et al.,

    Defendants-Appellants.

No. 16-41606

## UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME
## IN WHICH TO FILE REPLY BRIEF

The federal government's reply brief is currently due March 2, 2017, as extended by this Court. To allow incoming leadership personnel adequate time to consider the issues, the federal government respectfully requests an additional 60-day extension of time, to and including May 1, 2017, in which to file the reply brief. Plaintiffs' counsel has authorized us to state that plaintiffs consent to this extension motion.

... 

Respectfully submitted,

MICHAEL S. RAAB

*s/ Alisa B. Klein*
ALISA B. KLEIN
(202) 514-1597
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW, Rm. 7235*
*Washington, DC 20530*
*Alisa.klein@usdoj.gov*

FEBRUARY 2017

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2017, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Alisa B. Klein*
Alisa B. Klein