# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF NEVADA, et al.,

    Plaintiffs-Appellees,

    v.

UNITED STATES DEPARTMENT OF LABOR, et al.,

    Defendants-Appellants.

No. 16-41606

## UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF

The federal government's reply brief is currently due May 1, 2017. The due date was previously extended to allow incoming leadership personnel adequate time to consider the issues. The nominee to be Secretary of Labor has not yet been confirmed. Thus, the federal government respectfully requests an additional 60-day extension, to and including **Friday, June 30, 2017**, for the reply brief. Plaintiffs' counsel has authorized us to state that plaintiffs do not oppose this extension motion.

Respectfully submitted,

MICHAEL S. RAAB

*s/ Alisa B. Klein*
ALISA B. KLEIN
(202) 514-1597
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW, Rm. 7235*
*Washington, DC 20530*
*Alisa.klein@usdoj.gov*

APRIL 2017

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Alisa B. Klein*
Alisa B. Klein

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27 because it contains 78 words, according to the count of Microsoft Word 2013, and it was prepared in 14-point Garamond, a proportionally spaced font.

*s/ Alisa B. Klein*
Alisa B. Klein
Counsel for Appellants
